**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RAYMOND JAMES BANK, N.A., ) <br> ) <br> Plaintiff(s), ) <br> ) <br> vs. ) <br> ) <br> SATICOY BAY LLC SERIES 2918 CURRANT, ) <br> ) <br> Defendant(s). ) <br> ) | Case No. 2:13-cv-02089-GMN-NJK <br><br> ORDER |

Pending before the Court is the order for Michael Bohn to show cause why he should not be sanctioned for disobeying a Court order. Docket No. 20. In short, in addition to multiple violations of the Local Rules, Mr. Bohn also failed to comply with the Court's order to file a certification that he understands the Local Rules. *See id.* Mr. Bohn has now filed a response, which fails to provide any meaningful justification for his shortcoming. *See* Docket No. 22. Compliance with Court orders, including deadlines set by the Court, is not optional. *See, e.g.*, *Johnson v. Mammoth Recreations*, 975 F.2d 604, 610 (9th Cir. 1992) (a pretrial order "is not a frivolous piece of paper, idly entered, which can be cavalierly disregarded by counsel without peril"). The Court CAUTIONS Mr. Bohn that future failure to comply with Court orders, the Local Rules, or the Federal Rules may result in sanctions, up to and including case-dispositive sanctions. The Court expects strict compliance in the future with its orders and all applicable rules.

IT IS SO ORDERED.

DATED: February 12, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge