UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RAYMOND JAMES BANK, N.A.,<br>              Plaintiff(s),<br>vs.<br>SATICOY BAY LLC SERIES 2918 CURRANT,<br>              Defendant(s). | Case No. 2:13-cv-02089-GMN-NJK<br><br>ORDER STAYING CASE<br><br>ORDER DISCHARGING<br>ORDER TO SHOW CAUSE |

On September 9, 2014, the Court denied without prejudice a stipulation to stay this case and issued an order to show cause. Docket No. 25. The Court has now received responses to that order. Docket Nos. 26, 27. In short, the responses argue that this case should be stayed pending resolution of two cases before the Nevada Supreme Court, for which oral arguments were held on May 7, 2014. *See* Docket No. 26 at 2. Counsel further advise that they failed to file the stipulation prior to the expiration of all of the deadlines set in the scheduling order because of a calendaring error. *See id.* at 2. In particular, it appears that counsel confused this case with another case that had already been stayed. *See* Docket No. 27 at 2. The Court hereby **DISCHARGES** the order to show cause. Nonetheless, the Court **CAUTIONS** counsel that they are responsible for keeping track of and meeting all deadlines set by the Court. The Court expects strict compliance with Court orders and the Local Rules in the future. The failure to do so may result in the imposition of sanctions.

The Court further **STAYS** this case pending resolution of the aforementioned cases currently being decided by the Nevada Supreme Court. Beginning on December 1, 2014, and every three (3)

months thereafter, the parties shall submit a Joint Status Report, including a statement from Defendant affirming that all taxes, fees and maintenance fees are current and up-to-date.

IT IS SO ORDERED.

DATED: September 16, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge

2