# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RAYMOND JAMES BANK, N.A., </br>               Plaintiff(s), </br> vs. </br> SATICOY BAY LLC SERIES 2918 CURRANT, </br>               Defendant(s). | Case No. 2:13-cv-02089-GMN-NJK </br></br> ORDER DISCHARGING ORDER TO SHOW CAUSE |

      Pending before the Court is the third order to show cause issued in this case. Docket No. 25. In short, the parties submitted a stipulation that continued to incorrectly identify the deadline for filing future requests for extensions as outlined in Local Rule 26-4. *See id.* The Court has already expended judicial resources in this case explaining to counsel that such a deadline is inconsistent with the Local Rules. *See* Docket No. 16. Counsel of record then reviewed the Local Rules and filed certifications that they understood them. *See* Docket Nos. 17, 19, 21. In light of numerous instances of violating Court orders and the Local Rules, the Court has also made clear that it "expects strict compliance with Court orders and the Local Rules in the future. The failure to do so may result in the imposition of sanctions." Docket No. 28; *see also* Docket No. 23.

      The Court has now received responses from counsel. Docket Nos. 31-33. At this time, the Court in its discretion will not impose sanctions. Nonetheless, the Court cautions counsel that they are expected to represent correctly the contents of the Local Rules when seeking stipulations, especially when the rule at issue has been explained to them previously and they have filed

1 | certifications that they have read and understand that rule.  Counsel should expect that similar
2 | conduct in the future will lead to the imposition of monetary sanctions.
3 |     IT IS SO ORDERED.
4 |     DATED: November 5, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge

2