1  Aaron B. Shumway (NV Bar # 10759)
   Mark H. Hutchings (NV Bar # 12783)
2  **HOUSER & ALLISON, APC**
   3900 Paradise Rd., Suite 101
3  Las Vegas, Nevada 89169
   ashumway@houser-law.com
4  mhutchings@houser-law.com
   Phone: (702) 410-7593
5  Fax:    (702) 410-7594
   *Attorneys for Plaintiff Raymond James Bank, N.A.*
6
                    **UNITED STATES DISTRICT COURT**
7                     **FOR THE DISTRICT OF NEVADA**

8  RAYMOND JAMES BANK, N.A.,                Case No. 2:13-cv-02089-GMN-NJK

9                   Plaintiff,

10 v.
                                             **MOTION AND PROPOSED ORDER**
11 SATICOY BAY LLC SERIES 2918              **TO SUBSTITUTE ATTORNEY**
   CURRANT, a Nevada limited liability
12 company;

13                  Defendant.

14     Notice is hereby given of the entry of the undersigned as counsel for Plaintiff Raymond

15 James Bank, N.A. in the above-entitled action.  Pursuant to FRCP 5, all further notice and copies

16 of pleadings, papers and other material relevant to this action should be directed to and served

17 upon:

18      Aaron B. Shumway (NV Bar # 10759)
        Mark H. Hutchings (NV Bar # 12783)
19      HOUSER & ALLISON
        3900 Paradise Rd., Suite 101
20      Las Vegas, Nevada 89169
        ashumway@houser-law.com
21      mhutchings@houser-law.com
        Phone: (702) 410-7593
22      Fax:    (702) 410-7594

23 ///

24

                                       1

Please be advised that Aaron B. Shumway and Mark H. Hutchings are now attorneys of record in place of Jeffrey S. Allison and Lindsey E. Peña.

Dated: May 23rd, 2016.

**HOUSER & ALLISON, APC**

*/s/ Aaron B. Shumway*
Jeffrey S. Allison, APC (NV Bar # 8949)
Lindsey E. Pea (NV Bar # 13558)
3900 Paradise Road, Suite 101
Las Vegas, Nevada 89169
*Attorneys for Plaintiff Raymond James Bank, N.A.*

**ORDER**

IT IS SO ORDERED.

_____
United States Magistrate Judge

Dated: May 24, 2016

2